FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 09, 2024

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| JUAN FRANCISCO PEREZ MURILLO and JUAN CARLOS ESPINOSA JIMENEZ,<br><br>Plaintiffs,<br><br>v.<br><br>KARLA MORAN, ALEJANDRO MAYORKAS, UR MENDOZA JADDOU, ANTONY J. BLINKEN, PHILLIP SLATTERY, and RICHARD C. VISEK,<br><br>Defendants. | No.  2:23-cv-380-EFS<br><br>**ORDER DISMISSING CASE** |

On April 5, 2024, the parties filed a stipulated dismissal. ECF No. 11. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a),

**IT IS HEREBY ORDERED:**

    1. The parties' Motion for Voluntary Dismissal of Case Without Prejudice, **ECF No. 11**, is **GRANTED.**

    2. All claims are **DISMISSED WITHOUT PREJUDICE,** with all parties to bear their own costs and attorney fees.

    3. All pending motions are **DENIED AS MOOT.**

ORDER DISMISSING CASE - 1

4. All hearings and other deadlines are **STRICKEN.**

5. The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this  9th  day of April 2024.

_____
EDWARD F. SHEA
Senior United States District Judge

ORDER DISMISSING CASE - 2